■ In the Matter of the Claim of FLORENCE M. KEARNS, Appellant, against HALLEN COMPANY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of BERTHA MAHANEY, Appellant, against PORTER-CABLE MACHINE COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ EVA PENDELL et al., Appellants, v. ROSE RICARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ VIRGINIA J. RIKER et al., Respondents, v. BOY SCOUTS OF AMERICA, SARATOGA COUNTY COUNCIL, INC., et al., Appellants.— Motion to dismiss appeal denied, without costs, and without prejudice to its renewal. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MARIE AMBROS, Appellant, v. CLIQUOT CLUB BOTTLING COMPANY, INC., et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of BERNARD WEINBERG, Appellant, against WEINBERG BROTHERS Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion by appellant for permission to prosecute appeal as a poor person denied, without costs. Attention is called to rule VII of the rules of this court. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ RONALD CAMPBELL, by His Guardian ad Litem, HELEN CAMPBELL, et al., Plaintiffs, v. OTTO PRUGEL et al., Defendants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ NIAGARA MOHAWK POWER CORPORATION, Respondent, v. ALBERT HARRIS, Appellant.— Motion to dismiss appeal denied, without costs and without prejudice. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ GEORGE J. DAWSON, Appellant, v. HENRY ROSENBLUM, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ GEORGE NIARCHOS, an Infant, by MICHAEL T. NIARCHOS, His Guardian ad Litem, Plaintiff, v. WALTER GUBA, Defendant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MICHAEL T. NIARCHOS, Plaintiff, v. WALTER GUBA, Defendant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of JOHN A. JOHNSON, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss proceeding granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of ELI W. SHELMANDINE, as Commissioner of Public Welfare, Respondent, against CLYDE ENGLISH, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ JERRY J. WIESNER et al., Appellants, v. ROY S. GANDRON et al., Doing Business as ROY'S FOOD STORE, Respondents.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Coon, Gibson and Reynolds, JJ., concur; Herlihy, J., not voting.